# EXHIBIT 5

9/12/2019 Radical Racers - The Wall Climbing, Chaos Driving, Gravity Defying RC Racing Machines!

Case 1:19-cv-09035 Document 1-5 Filed 09/27/19 Page 2 of 4





## Instantly Transform Any Space Into A *Super Speedway!*

### Radical Race All Over Your House:



Up The Walls!

### Features & Benefits

- Super suction turbine lets you race on floors, walls and even ceilings
- Multidirectional remote lets you race, drift and spin 360°
- Real headlights and tail lights
- Aerodynamic design maximizes velocity
- Onboard rechargeable power plant provides the speed you need
- Durable super polytech construction

## They're Made For *Fanatical Radical Racing!*





## Introducing *Radical Racers*

They're equipped with a super suction turbine that keeps them in constant contact with the surface for nonstop racing action! **Radical Racers** go vertical on the wall, sideways, around, under and through it all! Create your own obstacle course to speed through with super suction force! Just charge up, power on, put it in place and you're ready to race! The multidirectional remote control puts you in the driver's seat to race, spin and always win! **Radical Racers** have real headlights and real tail lights! It's real RC vertical racing action! Ordinary tracks keep you in one place — that's one boring race! **Radical Racers** transforms any wall or four into a super speedway! Race upside down on the ceiling, do 360 spins and nasty drifts!

**Radical Racers** are aerodynamically designed to minimize turbulence and maximize velocity! They have an onboard rechargeable battery operated power plant that provides the speed you need! Plus, they're constructed from super polytech so they're durable even when they wreck! When the lights go out, nighttime racing is what it's all about! Radical race all over your house, upside down, under a table, over the door and do crazy donuts on the floor!



## This Offer Is Not Available In Stores!

Fill out the form below or call 1-800-801-5158 to order your Radical Racers now.

**STEP 1:** Select Your Offer




*Qty: 0

*Qty: 0

**STEP 2:** Review Your Order

| Item | Quantity | Price | P&H |
| --- | --- | --- | --- |

9/12/2019　　　　　　　　　　　　　　Radical Racers - The Wall Climbing, Chaos Driving, Gravity Defying RC Racing Machines!

Case 1:19-cv-09035　　Document 1-5　　Filed 09/27/19　　Page 4 of 4

| Item | Quantity | Price | P&H |
|---|---|---|---|
| State Tax: | Enter Zip Code | | |
| Order Total | | | $0.00 |

*Indicates Required Field

| **STEP 3:** Enter Your Payment Information |
|---|



*Card Number: `#### #### #### ####`

*Expiration Date: 01 - Jan　　2019

*CVV2: `###`　　What is CVV2?

| **STEP 4:** Enter Your Billing Information |
|---|

*Full Name: `*Full Name`

*Address: `*Address`

*Phone: `*Phone`

*Email: `*Email`

☐ Check if your shipping address is different than billing.

**MUST BE 18 YEARS OR OLDER TO ORDER**



By clicking the 'Process Order' button you are placing a live order and agreeing to the terms and conditions and <u>Arbitration Agreement</u>.



**OFFER DETAILS:**

Purchase a Radical Racer today for just $19.99 + FREE Shipping! Each Radical Racer ordered includes a wireless remote control & USB charging cable. Available in Red or Blue.

*Must be 18 years or older to order.

Sales tax will be applied to all orders from CA, NJ, NV & NY. A $10 shipping surcharge will be applied to all orders from AK/HI. A $20 shipping surcharge will be applied to all orders from PR.