# EXHIBIT 6













NQD RC Car Off-Road Vehicles Rock Crawler 2.4Ghz Remote Control Car Monster Truck 4...
★★★★☆ 154
$32.99 prime


allcaca Waterproof Remote Control Car Boat - 2.4Ghz All Terrain RC Cars - 1/18 Scal...
★★★★☆ 104
$36.98 prime


RC Cars for Kids KOOWHEEL Remote Control Car 360 Rotating 4WD Off Road Double...
★★★★☆ 125
$22.99 prime


Fisca RC Car Remote Control Stunt Car, 4WD Monster Truck Double Sided Rotating Tumb...
★★★★☆ 199
$22.99 prime


KOOWHEEL RC Car, 2.4GHz 30MPH High Speed Remote Control Cars 1:12 Scale 4WD Off...
★★★★☆ 233
$79.99 prime

RC Cars Stunt Ca... Amicool 4WD 2.4... Remote Control ... Double Sided Ro...
★★★★☆ 27
$28.99 prime

Ad feedback

### What other items do customers buy after viewing this item?


Radical Racers Wall-Climbing Car, Remote-Controlled with 360 Degrees Turn Functionality for Multi Directional Play As Seen On TV (Red)
★★★☆☆ 3


Epoch Air Rc Cars for Kids Remote Control Car Toys Wall Climbing Dual Mode 360°Rotating Stunt Rechargeable High Speed Vehicle with LED Lights
★★★★☆ 394
$23.99 prime


INLAIER Remote Control Car Gravity Defying RC Car Race Car Toys for Floor and Wall or Glass, Rechargeable Fast RC Car 360°Rotating Stunt Wall Climbing Car RC Cars for Kids and Adults (Red)
★★★★★ 37
$25.99 prime

### Special offers and product promotions

- **Your cost could be $0.00 instead of $24.95**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

### Product description

Radical Racer Blue with Remote

### Product information

| | |
|---|---|
| Package Dimensions | 10.6 x 7.4 x 2.9 inches |
| Item Weight | 10.4 ounces |
| Shipping Weight | 10.4 ounces (View shipping rates and policies) |
| ASIN | B07TZDN8HG |
| Manufacturer recommended age | 8 years and up |
| Best Sellers Rank | #11,824 in Toys & Games (See Top 100 in Toys & Games)<br>#16 in Hobby RC Cars |
| Customer Reviews | ★★★☆☆ 2 customer reviews<br>3.5 out of 5 stars |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?

### Related video shorts (0)   Upload your video



**Be the first video**
Your name here

## Compare with similar items

   

| | | | | |
|---|---|---|---|---|
| | **This item** Radical Racers Wall-Climbing Car, Remote-Controlled with 360 Degrees Turn Functionality for Multi Directional Play As Seen On TV (Blue) | Epoch Air Rc Cars for Kids Remote Control Car Toys Wall Climbing Dual Mode 360°Rotating Stunt Rechargeable High Speed Vehicle with LED Lights  #1 Best Seller | INLAIER Remote Control Car Gravity Defying RC Car Race Car Toys for Floor and Wall or Glass, Rechargeable Fast RC Car 360°Rotating Stunt Wall Climbing Car RC Cars for Kids and Adults | Remote Control Car, RC Cars Toys Dual Mode Durable Car with Strong Suction Power, 360°Rotating Stunt Rechargeable High-Speed Vehicle with LED Lights, Ideal Xmas Gift for Boys Girls  #1 New Release |
| | Add to Cart | Add to Cart | See Details | Add to Cart |
| **Customer Rating** | ★★★½☆ (2) | ★★★★☆ (394) | ★★★★★ (37) | ★★★★★ (92) |
| **Price** | $24⁹⁵ | $23⁹⁹ | | $22⁹⁹ |
| **Sold By** | Emson | L&Y Tech | INLAIER | MiluoTech |

## Sponsored products related to this item

      

| Remote Control Car,Rc Car Toys for Kids Dual Mode 360°Rotating Stunt Rechargeable C... | Car Toys for 6-10 Year Old Boys Seckton Remote Control Stunt Car RC Car for Kids 2.... | NQD RC Car Off-Road Vehicles Rock Crawler 2.4Ghz Remote Control Car Monster Truck 4... | Flywind Waterproof 4WD Remote Control Car Boat Trunk Vehicle for Boys 8-12 Birthday... | RC Car Remote Control Stunt Car, 4WD 2.4Ghz Remote Control Car Toy Double Sided Rot... | Veken RC Car Toy Remote Control Wall Climbing Car Rec High Spee... |
|---|---|---|---|---|---|
| ★★★★★ 7 | ★★★★☆ 5 | ★★★★½ 154 | ★★★★★ 2 | ★★★★★ 22 | ★★★★★ 2 |
| $20.99 ✓prime | $25.99 ✓prime | $32.99 ✓prime | $38.99 ✓prime | $20.99 ✓prime | $22.99 ✓prime |

Ad feedback

50

Ad feedback

**Customer Questions & Answers**

See questions and answers

## 2 customer reviews

3.5 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 50% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 50% |
| 1 star | | 0% |

### Review this product

Share your thoughts with other customers

[Write a customer review]

Ad feedback

Showing 1-2 of 2 reviews

Top Reviews

Jennifer Martin

★★☆☆☆ **Does not hold a long charge**
August 24, 2019
**Verified Purchase**

Cheap and u have to charge constantly. Only last a few minutes before it dies. Not worth the money in my opinion.

4 people found this helpful

[Helpful] | Comment | Report abuse

Kerry Lacy

★★★★★ **Son is obsessed!**
September 7, 2019
**Verified Purchase**

My 3 year old little man loves this thing!

One person found this helpful

[Helpful] | Comment | Report abuse

See both reviews »

[Write a customer review]

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** Radical Racers Wall-Climbing Car, Remote-Controlled with 360 Degrees Turn Functionality for Multi Directional Play As Seen On TV (Blue)

[Set up a giveaway]

**Customers also shopped for**

    

Air Hogs, Zero Gravity Laser, Laser-Guided Real Wall Climbing Race Car, Blue

Radical Racers Wall-Climbing Car, Remote-Controlled with 360 Degrees Turn…

Remote Control Car - RC Stunt Car Toy and Monster Truck - 360 Degree Flip - Double Sided Race Car –…

Saibit Remote Control Car, Wall Climbing Cars Dual Modes 360°Rotation Stunt RC Cars Vehicles Toys (Red)

PowerTRC 1:14 Scale Mclaren P1 Model Push Button Open Doors Remote Control Car |…

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See More

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English    United States

Amazon Music — Stream millions of songs
Amazon Advertising — Find, attract, and engage customers
Amazon Drive — Cloud storage from Amazon
6pm — Score deals on fashion brands
AbeBooks — Books, art & collectibles
ACX — Audiobook Publishing Made Easy
Alexa — Actionable Analytics for the Web

Sell on Amazon — Start a Selling Account
Amazon Business — Everything For Your Business
AmazonFresh — Groceries & More Right To Your Door
AmazonGlobal — Ship Orders Internationally
Home Services — Handpicked Pros Happiness Guarantee
Amazon Inspire — Digital Educational Resources
Amazon Rapids — Fun stories for kids on the go

Amazon Web Services — Scalable Cloud Computing Services
Listen to Books & Original Audio Performances
Book Depository — Books With Free Delivery Worldwide
Box Office Mojo — Find Movie Box Office Data
ComiXology — Thousands of Digital Comics
CreateSpace — Indie Print Publishing Made Easy
DPReview — Digital Photography

East Dane — Designer Men's Fashion
Fabric — Sewing, Quilting & Knitting
Goodreads — Book reviews & recommendations
IMDb — Movies, TV & Celebrities
IMDbPro — Get Info Entertainment Professionals Need
Kindle Direct Publishing — Indie Digital Publishing Made Easy
Prime Now — FREE 2-hour Delivery on Everyday Items

Amazon Photos — Unlimited Photo Storage Free With Prime
Prime Video Direct — Video Distribution Made Easy
Shopbop — Designer Fashion Brands
Amazon Warehouse — Great Deals on Quality Used Products
Whole Foods Market — America's Healthiest Grocery Store
Woot! — Deals and Shenanigans
Zappos — Shoes & Clothing

Ring — Smart Home Security Systems
eero WiFi — Stream 4K Video in Every Room
Neighbors App — Real-Time Crime & Safety Alerts
Subscribe with Amazon — Discover & try subscription services
PillPack — Pharmacy Simplified
Amazon Renewed — Like-new products you can trust
Amazon Second Chance — Pass it on, trade it in, give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates