# EXHIBIT 2

**Ainsworth, Kevin**

| | |
|---|---|
| **From:** | STORMcommunications <STORMcommunications@SpinMaster.com> |
| **Sent:** | Wednesday, October 9, 2019 2:40 PM |
| **To:** | STORMcommunications; Tom Linnemann; Neal McColvin; Jackie Chapman; Ethan Cohen |
| **Cc:** | Sam Bell; Joanne Cowan; Sarah Gorman; Leanne Duhaime; Steve Arkeveld; Kemba Larrier; Jacqui Webster; Hedley Barnes; Carlos Salame Sámano; Dino Canuti; Guillaume Mamez; Sara Evening; Joel Berger; Donna Frankel; Anthony Esposito; Michael Goldstein; Mike Bisogno; 'Brian Bergson'; Molly Zito; Chris Beardall; Nancy Zwiers; Chris Jackson; Toni Corrado; Tony Porciello; Steve Vitins; Christine Zenisek; Jessica Post; Michael Sroka; Warren Hollier; Alex Rombis; Michael Vernelli; Arlene Biran; Cat Demas; Tor Sirset; John Blaney; Kate Keller; James Martin; Mo Wolthuis; Stephanie Russo; Kevaughn Reid; Roberto Stanichi; Krista DiBerardino; Connie Buffone; Joelle Breslin; Byron To; Andy Lee; Stephanie Wighton; Jody Sadofsky; James Balam; Jodi McDonald; Prashant Gopal; Manuel Hernandez; Louise Ocasion; Lauren Duchene; Kristopher Wilkins; Susana Zazueta; Wendy Martin; Joanne Young; Tyler Bunker; Richard Saldana; Corey Cooper; Anna Coffou; Janberk Ruscuklu; Jeff Jacobs; Nahied Ahmad; Heather Valentino; Marlyn Palmer; Cyndy Pop; Elizabeth LoVecchio; Marianna Zidaric; Nalini Dadwal; Seena Arjmand; Chiung Ling Kuo; Hannah Jordan; Fiona Jones; Sybrena Miles; Mo Ata; Ritchie Sharma; Kamal Singh; Laura Henderson; Olivia Sengupta; Anthony Esposito; Brittnee Richards; Cameryn Chan; Dan Westcott; Taylor Falati; Sam Susz; Leslie Farber; Helena Aleman; Ellen Heaney; Chelsea Broderick; Audrey Seto; Stacey Loree; Erin McRae; Simran Dadlani; Mark Wamsley; Leigh Hannah; Matthew Lentini; Paul Viggiano; Sarah Kremblewski; Geoffrey Wohlgamuth; Nina Henderson |
| **Subject:** | Target USA Retailer Update: September 23rd - October 4th |



## Hatchimals Wow & Owleez Product Launch
❖ Plan-O-Gram revisions officially started on Oct. 6th – *majority of locations just now starting October POG updates*

## Store Activity
❖ **Spin Master Activity**
- o Promotional Feature Activity – *Newly set Features included:*
  - ▪ **Paw Patrol 'Mighty Pups' PDQ Pallet Shipper**
  - ▪ **Shared Frozen 2 Gifting Display** including Frozen Frantic Forest Game, Frozen Puzz3D Castle, and Frozen Frosted Fishing Game **(feature set initially on Oct. 4th launch day)**
- o New Plan-O-Gram Sets – *Seasonal Aisle Revisions*
- o New Brand/Item Arrivals
- o Promotional Sales Activity
- o Marketing Materials

❖ **Competitor Activity**
- o Promotional Feature Activity – *Focals, PDQ Pallet Shippers, Gifting Displays/Islanders, Endcaps, PDQ Sidecaps/FSDUs*
- o New Brand/Item Arrivals

- Promotional Sales Activity
- Marketing Materials
- ❖ **General Store Activity**
  - Disney 'Store within a Store' Shops now setting at 25 select locations
  - Seasonal Shop – *'Hyde & Eek' Halloween Seasonal Shop continues to be featured*
  - Bullseye's Playground Activity – *Fall Harvest/Halloween continues to be featured*

# Hatchimals Wow & Owleez Product Launch

Plan-O-Gram revisions for Hatchimals Wow & Owleez officially started at Target on October 6th; early results through this morning show the majority of stores are just now starting the Oct. Plan-O-Gram revisions to update POGs and add product (~75% of stores had yet to fully update POGs) – *in the interim many locations have elected to place Hatchimals Wow & Owleez on existing features where possible*

- ❖ **Hatchimals Wow**
  - **Plan-O-Gram Revision –** Hatchimals Wow added on the bottom shelf (1-2 facings) of the existing POG in the Hatchimals Section within Girls Novelty; adjacent competitive brands include Little Live, Yellies, Rainbocorns, and Fingerlings
  - **Tower Feature –** Hatchimals Wow will be featured on a Tower Display with additional Hatchimals/Colleggtibles SKUs, including Hatchtopia Life, Pixies, Colleggtibles S6 4-PK & 12-PK Egg Carton – *promotional compliancy audits on Tower Feature have been launched with our team*
- ❖ **Owleez**
  - **Plan-O-Gram Revision** – Owleez SKUs are a few sections down from Hatchimals in Girls Novelty and are placed on a middle shelf (1 facing each); adjacent competitive brands include Pomsies, Tamagotchi, FurReal, Shimmer Stars, and Club Petz

   

 

*Hatchimals Wow POG Revision        Hatchimals Wow on Hatchimals/Colleggtibles Tower        Owleez POG Revision                    Hatchimals Wow & Owleez Product Set on Existing Focal Features*

# Store Activity
**Please click the link** to access pictures that illustrate the Retail Activities presented in this Report**: Target Retailer Update Images**

## Spin Master Activity
- ❖ **Promotional Feature Activity**
    - o **Newly Set Promotional Features included:**
        - ▪ **Paw Patrol 'Mighty Pups' PDQ Pallet Shipper** *including 'Mighty Pups' Action Pack Pup Asst., Themed Vehicles, Die-Cast Gift Set, Mighty Cruiser, and Mighty Twins 2-in-1 Super Charged Vehicle*
        - ▪ **Shared Frozen 2 Gifting Display** *including Frozen Frantic Forest Game, Frozen Puzz3D Castle, and Frozen Frosted Fishing Game* **(feature set initially on Oct. 4th launch day)**

  

*Paw Patrol 'Mighty Pups' PDQ Pallet Shipper*     *Shared Frozen 2 Gifting Display w/Frantic Forest, Puzz3D Castle & Frosted Fishing*

- o **Carry-Forward Promotional Features (corporately driven) set at stores included:**
    - **Shared 'Girls' Focal** *including Hatchopia Life, Pixies, and Colleggtibles S6 2-PK, 4-PK, and 12-PK Egg Carton*
    - **Shared 'Activities' Endcap** *including Cool Maker Go Glam Nail Stamper & Pattern Pack*
    - **Awesome Bloss'ems PDQ (Drop-In) Sidecap** *featuring the Awesome Bloss'ems Single Pack*
    - **Paw Patrol PDQ (Drop-In) Sidecap** *featuring the Die-Cast Singles Asst.*
    - **Kinetic Sand PDQ (Drop-In) Sidecap** *featuring the Unicorn Rainbow Single Pack*
    - **Candylocks PDQ (Drop-In) Sidecap** *featuring the Basic Doll Asst.*
    - **Shared 'Back to College Games' Endcap** *including the Office Game*

    

 

*'Girls' Focal w/Hatchimals 'Activities' Endcap w/Cool Maker Awesome Bloss'ems Sidecap Paw Patrol Sidecap Kinetic Sand Sidecap Candylocks Sidecap 'College Games' w/the Office*

- ❖ **New Plan-O-Gram Sets**
  - o **Seasonal Aisle Revisions –** transitioned from the previous Summer Seasonal over to the 4th Quarter 'Bulk' Toy Seasonal Aisle & 'Active Play' Seasonal Aisle [aisles typically found in-between Toys & Sporting Goods]
    - ▪ The 'Bulk' Toy Seasonal Aisle POG includes the **Paw Patrol 2-PK Chase & Marshall Powered-Up Vehicles and Cardinal Pop-A-Shot**, while the 'Active Play' Seasonal Aisle POG includes four **Marshmallow Sofa SKUs**







*'Bulk' Toy Seasonal Aisle Transition         Paw Patrol in 'Bulk' Toy Aisle    Pop-A-Shot in 'Bulk' Toy Aisle     'Active Play' Seasonal Aisle Transition         Marshmallow Section in 'Active Play'*

- ❖ **New Item Arrivals/Assortment Updates (not all inclusive)**
    - o Bakugan Deluxe Figure Asst., Paw Patrol Mighty Cruiser, Paw Patrol Advent Calendar, Tech Deck BMX Freestyle Hits Asst., Tech Deck BMX Dirt Set Asst., Pop-A-Shot, Marshmallow Flip-Open Sofas (Paw Patrol, Frozen 2, Minnie Mouse & Toy Story 4), Frozen Frosted Fishing Game, Frozen Frantic Forest Game, Frozen Puzz3D Castle, and Blockbuster 500-PC Puzzle Asst.

   
 

*Bakugan Deluxe Figure Asst.     Paw Patrol Mighty Cruiser          Paw Patrol Advent Calendar          BMX Freestyle Hits      Tech Deck BMX Dirt Set Asst.         Pop-A-Shot*

  
  

*Marshmallow Flip-Open Sofas (Paw Patrol, Frozen 2, Minnie & Toy Story)    Frozen Frosted Fishing Game       Frozen Frantic Forest Game            Frozen Puzz 3D Castle                Blockbuster Puzzle Asst.*

- ❖ **Promotional Sales Activity (not all inclusive)**
    - o Dragons 3, Bakugan Battle Arena & Dragonoid Maximus, and Fuggler





*Dragons 3 – 15% to 20% off     Dragons 3 – 15% to 20% off     Bakugan Battle Arena – 15% off     Bakugan Dragonoid Maximus–15% off     Fuggler $9.99*

- ❖ **Marketing Materials**
    - o **"Photo Opp." Graphics on Paw Patrol 'Mighty Pups' PDQ Pallet Shipper** – the back of the PDQ Pallet Shipper features "photo opportunity" graphics for kids & parents to snap photos and post to social media with the #SuperPAWS hashtag


*"Photo Opp." Graphics on Paw Patrol Shipper*

# Competitor Activity
- ❖ **Promotional Feature Activity**
    - **Focals**
        - **'Boys' Focal** – Star Wars (set on Oct. 4th), Animal Planet (set up until Oct. 4th)
        - **'Girls' Focal** – L.O.L/Poopsie/Rainbocorns/Little Live/Capsule Chix *(shared with Hatchimals/Colleggtibles)*
        - **'Bulk' Focal** – Battat/Magna-Tiles/Melissa & Doug

  

 

*'Boys' Focal – Star Wars Side #1*   *'Boys' Focal – Star Wars Side #2*   *'Boys' Focal – Animal Planet*   *'Girls' Focal*
*'Bulk' Focal*

- o **PDQ Pallet Shippers** – L.O.L Surprise & Hasbro Gaming
- o **Gifting Displays/Islanders –** Frozen 2 & Star Wars (both set on Oct. 4th)

  
  

*L.O.L Surprise PDQ Pallet Shipper     Hasbro Gaming PDQ Pallet Shipper     Frozen 2 Islander Display                                Frozen 2 Islander Display                            Star Wars Gifting Display       Star Wars Gifting Display*

- o **Endcaps –** Frozen 2 (set on Oct. 4th), Sesame Street '50 Years & Counting', LeapFrog Leap Builders, Marvel '80 Years', Barbie, Ryan's World, LEGO 'Birthday', Disney's The Haunted Mansion, L.O.L/Poopsie Surprise (Check-lane), and Play-Doh

   

  

*Frozen 2*          *Sesame Street '50 Years'*     *LeapFrog Leap Builders*     *Marvel '80 Years'*          *Barbie*                                  *Ryan's World*                          *LEGO 'Birthday'*

  

*The Haunted Mansion*     *L.O.L/Poopsie (Check-lane)*          *Play-Doh*

- **PDQ (Drop-In) Sidecaps/FSDUs (Free Standing Display Units) –** Frozen 2 BFF Surprise Bows (set on Oct. 4th), Wizard University, Nickelodeon Slime, Mash'ems, Petooties, Squishmallows, Pop Pop Hair Surprise, Amazing Squishee Plushies, and Compound Kings





*Frozen 2 BFF Surprise Bows      Wizard University      Nickelodeon Slime      Mash'ems      Petooties      Squishmallows      Pop Pop Hair Surprise      Amazing Squishee Plushies      Compound Kings*

- ❖ **New Brand/Item Arrivals (not all inclusive)**
    - Ryan's World Ultimate Red Titan, L.O.L Amazing Surprise, Pikmi Pops Pajama Llamas, Radical Racers (A.S.O.T.V), Shopkins Shoppies Angelique Star, Rainbocorns Big Bow Surprise, Little Live Wraptiles, Beyblade Battle League Championship Clash, Goo Goo Galaxy Slurp N' Slime Goo Drop, and Candyland Connect 4 Mash-Up

  

 

*Ryan's World Ultimate Red Titan      L.O.L Amazing Surprise                                          Pikmi Pajama Llamas     Radical Racers                                Shoppies Angelique Star*

   



*Rainbocorns Big Bow     Little Live Wraptiles     Beyblade Battle League Championship Clash          Goo Goo Galaxy Slurp N' Slime Goo Drop   Candyland Connect 4 Mash-Up*

- ❖ **Promotional Sales Activity (not all inclusive)**
    - o Hot Wheels Monster Trucks 1/64[th] Asst. + Hot Wheels Cars, Driven Vehicle Asst., Rise of the TMNT Basic Figure Asst., Our Generation, Barbie, GraviTrax, Fortnite, Chickapig,The Tonight Show Games, and A Parody of the Classic Games

   

  

*Free HW Car w/MT Purchase        Driven Vehicle Asst. $6.99           TMNT Figs – B2G1 Free         Our Generation-Discounts Varied  Barbie-Discounts Varied       GraviTrax – 10% off                 Fortnite – Discounts Varied*

 



*Chickapig $19.99               The Tonight Show Games $15.99                                                          A Parody of the Classic Games $15.99*

- ❖ **Marketing Materials**
  - o Barbie Dreamhouse Shelf Danglers



*Barbie Dreamhouse Shelf Danglers*

# General Store Activity
- ❖ **Recent Store Activity Included:**
  - o **Disney 'Store within a Store' Shops –** 25 select locations will feature a Disney 'Store within a Store' starting on Oct. 4th; these select locations started the process of setting the Disney Shop early last week




*Disney 'Store Within a Store' Shops in Process of Being Set*

  - o **Seasonal Shop –** 'Hyde & Eek' Halloween Seasonal Shop remains featured through the end of October
  - o **Bullseye's Playground** – Bullseye's Playground continues to feature Fall Harvest/Halloween theming with items under $5 featured





'Hyde & Eek' Halloween Seasonal Shop      'Hyde & Eek' Halloween Seasonal Shop      Fall/Harvest & Halloween Featured in Bullseye's Playground

---

 STORM Communications, Retail Operations
Spin Master Inc. | c/o PMB 10053 | 300 International Drive, Suite 100 Williamsville NY 14221 USA