UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

SPIN MASTER, LTD.

    Plaintiff,

- against -

E. MISHAN & SONS, INC.

    Defendant.

---------------------------------------------------------X

No. 19-CV-09035 (DLC)

**DECLARATION OF KEVIN N. AINSWORTH IN SUPPORT OF MOTION FOR <u>PRELIMINARY INJUNCTION</u>**

I, Kevin N. Ainsworth, an attorney duly admitted to practice in this Court, declare under penalty of perjury that the following is true and correct:

1. I am a member of the law firm Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. ("Mintz"), attorneys for Plaintiff Spin Master, Ltd. in this action. I submit this Declaration in support of Plaintiff's Motion for a Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure and 35 U.S.C. § 283.

2. Attached hereto as **Exhibit 3** is a true and correct copy of United States Patent Number 7,890,916 (the "'916 Patent").

3. Attached hereto as **Exhibit 4** is a true and correct copy of United States Patent Number 7,753,755 (the "'755 Patent").

4. Attached hereto as **Exhibit 5** is a true and correct copy of United States Patent Number 8,979,609 (the "'609 Patent").

5. Attached hereto as **Exhibit 6** is a true and correct copy of United States Patent Number 9,675,897 (the "'897 Patent"). The '897 Patent, '609 Patent, '755 Patent, and '916 Patent are collectively referred to in this Declaration as the "Wall Racer Patents."

6. Attached hereto as **Exhibit 7** is a true and correct copy of an August 26, 2019 letter, excluding enclosures, that my colleague, Andrew Skale, sent to Defendant E. Mishan & Sons, Inc. ("EMSON"). Enclosed with the August 26, 2019 letter were the four Wall Racer Patents attached hereto as Exhibits 3, 4, 5, and 6.

7. Attached hereto as **Exhibit 8** is a true and correct copy of a letter, dated September 6, 2019, from EMSON's counsel to my colleague, Andrew Skale.

8. Attached hereto as **Exhibit 9** is a true and correct copy of e-mail correspondence dated September 9-10, 2019 between my colleague, Andrew Skale, and EMSON's attorney.

9. Attached hereto as **Exhibit 10** is a true and correct copy of a print-out from EMSON's website, www.buyradicalracers.com, which I printed on or about September 12, 2019, and a true and correct copy of which print-out was attached to the Complaint filed in this matter as Exhibit 5. I visited that website again on October 29, 2019, and it appears active.

10. Attached hereto as **Exhibit 11** is a true and correct copy of a print-out from Amazon.com for Radical Racers, which I printed on September 12, 2019, a true and correct copy which print-out was attached to the Complaint filed in this matter as Exhibit 6. Attached hereto as **Exhibit 17** is a true and correct copy of a print-out from Amazon.com for Radical Racers, which I printed on October 28, 2019, showing that the products were listed at a price of $19.95. I confirmed on October 29, 2019, that EMSON continues to advertise Radical Racers for sale through Amazon.com, at $19.95.

11. Attached hereto as **Exhibit 12** is a true and correct copy of a print-out from Target.com for Radical Racers, which I printed on October 24, 2019.

12. Attached hereto as **Exhibit 13** is a true and correct copy of a print-out from Walmart.com for Radical Racers, which I printed on October 22, 2019.

13. Attached hereto as **Exhibit 14** is a true and correct copy of a print-out from Amazon.com for Spin Master's Zero Gravity® Laser toy car, which I printed on October 24, 2019.

14. Attached hereto as **Exhibit 15** is a true and correct copy of a Claim Infringement Chart that I prepared, which includes (a) excerpts of the text from the '897 Patent's claims 1, 21, and 23, as well as (b) photographs that accurately represent EMSON's Radical Racers. Overlaid on the photographs are arrows and labels identifying parts of the EMSON's Radical Racers that relate to elements in the claims of the '897 Patent.

15. Attached hereto as **Exhibit 16** is a true and correct copy of an April 4, 2016 Reply to Final Office Action mailed on February 10, 2016 in the matter of Application No. 14/632,803, from which the '897 Patent issued.

16. On or about October 16, 2019, I informed an attorney for EMSON by telephone that Spin Master had recently learned of EMSON's sales of Accused Products to Target and that Spin Master was planning to file a motion for preliminary injunction in this action.

17. No prior request for the relief requested herein has previously been made.

I state under penalty of perjury that the foregoing is true and correct.
Executed on October 29, 2019.

    /s/ Kevin N. Ainsworth
    _____
    KEVIN N. AINSWORTH

## **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on October 29, 2019, I electronically filed the foregoing document with the Clerk of the Court for the Southern District of New York using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

John Zaccaria
Notaro, Michalos & Zaccaria P.C.
100 Dutch Hill Road
Suite 240
Orangeburg, NY 10962
Email: jzaccaria@notaromichalos.com

Alan Federbush
Notaro, Michalos & Zaccaria P.C.
100 Dutch Hill Road
Suite 240
Orangeburg, NY 10962
Email: alan.federbush@notaromichalos.com

Brian Joseph Doyle
Notaro, Michalos & Zaccaria P.C.
100 Dutch Hill Road
Suite 240
Orangeburg, NY 10962
Email: brian.doyle@notaromichalos.com

*/s/Kevin Ainsworth*
Kevin Ainsworth