USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/14/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SPIN MASTER, LTD,

                           Plaintiff,

               -against-

E. MISHAN & SONS, INC.,

                         Defendant.

-------------------------------------------------------------------X

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**1:19-CV-9035 (DLC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conference in this matter currently scheduled for Wednesday,

November 20, 2019 at 3:00 p.m. is rescheduled to **Wednesday, November 20, 2019 at 10:00**

**a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

     **SO ORDERED.**

Dated: November 14, 2019
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge