UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SPIN MASTER, LTD.,                       :    19cv9035(DLC)
                                         :
                        Plaintiff,       :    ORDER
         -v-                             :
                                         :
E. MISHAN & SONS, INC.,                  :
                        Defendant.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On November 18, 2019, the plaintiff filed a letter regarding a discovery dispute. It is hereby

ORDERED that a telephone conference is scheduled for **November 19, 2019** at **4:00 p.m.** Counsel for the plaintiff shall have all parties on the line and call chambers at 212-805-0202.

Dated:   New York, New York
         November 19, 2019

                              _____
                                    DENISE COTE
                              United States District Judge