UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

SPIN MASTER, LTD,

                                      Plaintiff,

            -against-

E. MISHAN & SONS, INC.,

                                      Defendant.

------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**1:19-CV-9035 (DLC)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed during today's phone call, the settlement conference scheduled for November 20, 2019 is cancelled. The parties are directed to file a joint letter on ECF by no later than **January 15, 2020** advising the Court on the status of their settlement discussions and indicating whether they would like to schedule another settlement conference.

      SO ORDERED.

Dated: November 19, 2019
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge