UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SPIN MASTER, LTD.,                    :   19cv9035(DLC)
                                      :
                      Plaintiff,      :        ORDER
           -v-                        :
                                      :
E. MISHAN & SONS, INC.,               :
                      Defendant.      :
                                      :
------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/2019

DENISE COTE, District Judge:

On December 4, 2019, a hearing was held on Spin Master Ltd.'s ("Spin Master") October 29, 2019 motion for a preliminary injunction. For the reasons set forth in an Opinion and Order granting Spin Master's motion, filed today, it is hereby

ORDERED that E. Mishan & Sons, Inc. ("Emson"), its parent companies, subsidiaries, agents, officers, servants, employees, attorneys, and other persons who are in active concert or participating in any of the foregoing, are enjoined, pending further Order of this Court, from making, using, offering to sell, selling within the United States, or importing into the United States, or actively inducing others to make, use, offer to sell, sell within the United States, or import into the United States (a) any of Emson's "Radical Racers" toys, (b) any product Emson has labeled with the Universal Price Code ("UPC") No. 080313027079, or (c) any other product that infringes United States Patent No. 9,675,897.

IT IS FURTHER ORDERED that any violation of this Order is punishable as a contempt of Court, with all associated penalties.

IT IS FURTHER ORDERED that as a condition of the preliminary injunction, Spin Master shall post a bond, pursuant to Rule 65(c), Fed. R. Civ. P., in the amount of $1,500,000.

IT IS FURTHER ORDERED that this Order shall become effective upon the posting of the bond.

Dated: New York, New York
December 6, 2019

DENISE COTE
United States District Judge