UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER, LTD.,<br><br>          Plaintiff,<br><br>v.<br><br>E. MISHAN & SONS, INC.,<br><br>          Defendant. | Case No. 1:19-cv-09035-DLC<br><br>[~~PROPOSED~~] ORDER<br><br> |
| E. MISHAN & SONS, INC.,<br><br>          Counterclaim Plaintiff,<br><br>v.<br><br>SPIN MASTER, LTD.;<br>JOHN AND JANE DOES 1-10,<br><br>          Counterclaim Defendants. | |

DENISE COTE, District Judge:

Pursuant to a stipulation of the Parties,

IT IS HEREBY ORDERED:

1. This action is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure;

2. Each Party shall bear its own attorneys' fees and costs.

3. The preliminary injunction Order entered on December 6, 2019 (ECF No. 62) shall have no further effect.

So ordered.

*/s/ Denise Cote*

3/4/20

1

Dated: New York, New York
     March ___, 2020

 

_____
DENISE COTE
United States District Judge