UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SPIN MASTER, LTD,

                                        Plaintiff,

                    -against-

E. MISHAN & SONS, INC.,

                                        Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__03/09/2020__

**ORDER ADJOURNING
SETTLEMENT CONFERENCE**

**1:19-CV-9035 (DLC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    In light the Order of Dismissal filed on March 6, 2020 (doc. no 95) the Settlement

Conference currently scheduled for **March 25, 2020** is hereby adjourned *sine die*.

    SO ORDERED.

Dated: March 9, 2020
       New York, New York

_____
     KATHARINE H. PARKER
     United States Magistrate Judge